**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

In Re: J.I.A. & Sons Enterprises, Inc.
Case No: 07 B 08321

# CHAPTER 11 FINAL REPORT

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

In Re: J.I.A. & Sons Enterprises, Inc.

Case No: 07 B 08321

## DECLARATION UNDER PENALTY OF PERJURY

I , John I. Akhile, acting as the duly authorized agent for the Debtor in Possession (Trustee) declare under penalty of perjury under the laws of the United States that I have read and I certify that the figures, statements, disbursements, itemizations and account balances as listed in this Chapter 11 Final Report of the Debtor are true and correct as of the date of this report to the best of my knowledge, information, and belief.

For the Debtor in Possession

John I. Akhile
President

Dated: 6/5/08

**PROPERTIES**

See attached

**SCHEDULE D.E.F.G & H**

Filed May 2007

**UNPAID BILLS**
See attached

**SUMMERY OF RECEIPTS AND DISBURSEMENTS**

See attached

No current income to report

**SCHEDULE OF ASSETS**

None to list all properties have been turned over to the banking institution by court order.

Official Form 6D (1990)

In re **JJA & Sons Enterprises, Inc.**,  Case No. 07-08321
_____
Debtor

## SCHEDULE D. CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, indicate that by stating "a minor child" and do not disclose the child's name. See 11 U.S.C. § 112. If "a minor child" is stated, also include the name, address, and legal relationship to the minor child of a person described in Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor", include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. <br><br> Astoria Federal Mortgage Corp. <br> One Astoria Federal Plaza <br> New Hyde Park, NY 11042 | | | First Mortgage <br><br> 7681 S. Coles <br> Chicago, IL 60649 <br> 11 Unit Apartment Building <br><br> Value $ 800,000.00 | | | | 680,000.00 | 0.00 |
| Account No. <br><br> Crystal Windows <br> 1300 W 36th St <br> Chicago, IL 60609 | | | Mechanic's Lien <br><br> 6917 S. Emerald <br> Chicago, IL 60620 <br> 13 Unit Apartment Building <br><br> Value $ 880,000.00 | | | | 11,000.00 | 0.00 |
| Account No. XXXXX8888 <br><br> Deutsche Bank National Trust Co. <br> c/o Ungaretti & Harris <br> 3500 Three First National Plaza <br> Chicago, IL 60602 | | | First Mortgage <br><br> 1314 W. 42nd Street <br> 1334 W. 93rd Street <br> 1434 W. 93rd Street <br> Chicago, IL <br> 41 Units <br><br> Value $ 2,300,000.00 | | | | 1,775,000.00 | 0.00 |
| Account No. XXXX448 <br><br> Great Lakes Bank <br> 13067 S. Western Ave. <br> Blue Island, IL 60406 | | | First Mortgage <br><br> 7237-43 S. Bennett <br> Chicago, IL 60649 <br> 28 Unit Apartment Building <br><br> Value $ 1,575,000.00 | | | | 1,220,000.00 | 0.00 |
| 1  Continuation sheets attached | | | Subtotal <br> (Total of this page) | | | | 3,686,000.00 | 0.00 |

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037        Best Case Bankruptcy

In re __J.I.A. & Sons Enterprises, Inc.__      Case No. __07-08321__

         Debtor

## SCHEDULE D. CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. xxxx8952<br><br>MB Financial Bank<br>6201 Dempster Street<br>Morton Grove, IL 60053 | | | Mortgage<br>7400 S. Phillips<br>Chicago, IL 60649<br>15 Unit Apartment Building<br>Value $ 860,000.00 | | | | 700,000.00 | 0.00 |
| Account No. xxxxxx4001<br><br>Ravenswood Bank<br>2300 W. Lawrence<br>Chicago, IL 60625 | | | First Mortgage<br>6917 S. Emerald<br>Chicago, IL 60620<br>13 Unit Apartment Building<br>Value $ 860,000.00 | | | | 660,000.00 | 0.00 |
| Account No. xxxxxx4002<br><br>Ravenswood Bank<br>2300 W. Lawrence<br>Chicago, IL 60625 | | | First Mortgage<br>6767 S. Morgan<br>Chicago, IL 806021<br>Value $ 600,000.00 | | | | 375,000.00 | 0.00 |
| Account No.<br><br>SMR Enterprises, Inc.<br>1110 W. Lake Cook Road, No. 290<br>Buffalo Grove, IL 60089 | | | Second Mortgage<br>cross-collateralized as to all properties<br>Value $ 7,875,000.00 | | | | 450,000.00 | 0.00 |
| Account No.<br><br> | | | Value $ | | | | | |
| Sheet 1 of 1 continuation sheets attached to<br>Schedule of Creditors Holding Secured Claims | | | Subtotal<br>(Total of this page) | | | | 2,086,000.00 | 0.00 |
| | | | Total<br>(Report on Summary of Schedules) | | | | 8,872,000.00 | 0.00 |

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

In re **J.I.A. & Sons Enterprises, Inc.**,                                      Case No. **07-08321**
                        Debtor

# SCHEDULE E. CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, indicate that by stating "a minor child" and do not disclose the child's name. See 11 U.S.C. § 112. If "a minor child" is stated, also include the name, address, and legal relationship to the minor child of a person described in Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts who file a case under chapter 7 or 13 report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts who file a case under chapter 7 or 13 report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☒ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,425* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☐ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507(a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

☐   _____ continuation sheets attached

Official Form 6E (4/07)

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                Best Case Bankruptcy

Official Form 6F (10/05)

In re **J.L.A. & Sons Enterprises, Inc.**,                     Case No. **07-08321**
_____                      _____
Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, indicate that by stating "a minor child" and do not disclose the child's name. See, 11 U.S.C. § 112. If "a minor child" is stated, also include the name, address, and legal relationship to the minor child of a person described in Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H – Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts filing a case under chapter 7, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, or COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| City of Chicago Water Management Dept. 333 S State Street Chicago, IL 60604 | | | | | | | 18,302.50 |
| Account No. | | | | | | | |
| City of Chicago Law Department 30 N. LaSalle, Suite 700 Chicago, IL 60602 | | | Water at multiple locations | | | | Unknown |
| Account No. | | | | | | | |
| People's Energy 1455 N Milwaukee Ave Chicago, IL 60622 | | | | | | | 120,733.00 |
| Account No. | | | | | | | |
| | | | | | | | |
| 0 continuation sheets attached | | | | Subtotal (Total of this page) | | | 139,035.50 |
| | | | | Total (Report on Summary of Schedules) | | | 139,035.50 |

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                     Best Case Bankruptcy

S/N:33647-070281

Form 6G
(10/05)

In re **JLA & Sons Enterprises, Inc.**                                    Case No. **07-08321**
_____                    _____
Debtor

# SCHEDULE G. EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e. "Purchaser", "Agent", etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, indicate that by stating "a minor child" and do not disclose the child's name. See 11 U.S.C. § 112; Fed.R. Bankr.P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code,<br>of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest.<br>State whether lease is for nonresidential real property.<br>State contract number of any government contract. |
|---|---|
| See Exhibit A attached hereto | |

0   continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

06/05/2007  18:57   8477599154          JIA ENTERPRISES INC          PAGE  10/27

No. 07 B 8321

J.I.A & Sons Enterprises, Inc.

Exhibit A to Schedule G

7400 S. Phillips

| Tenants Name | Apt # | Rent | Secur | move-in date | | Sect 8 |
|---|---|---|---|---|---|---|
| Elona Baker | 1st fl 1A | 1000 | 890 | 8/1/2000 | | Yes |
| Vacant | 2nd fl 2A | 0 | 0 | 0 | | |
| Vacant | 3rd fl 3A | | | | | |
| | | | | | | |
| 7408 S. Phillips | | | | | | |
| Tarneka Brue | 1st fl 1B | 800 | 600 | Jan-98 | | |
| Raymond Maylor | 2nd fl 2B | 580 | 600 | Nov-98 | | |
| Mary Cunningham | 3rd fl 3B | 700 | 850 | Jan-06 | | |
| | | | | | | |
| 2437 E. 74th St | | | | | | |
| Marshall Estate | 1st fl 1C | 900 | 800 | Mar-06 | | |
| Clarence Shanklin | 2nd fl 2C | 760 | | 3-Mar | | |
| Vacant | 3rd fl 3C | | | | | |
| | | | | | | |
| 2439 E.74th St | | | | | | |
| Vacant | 1st fl 1D | | . | | | |
| Vacant | 2nd fl 2D | 0 | 0 | 0 | | |
| Vacant | 3rd fl 3D | 0 | 0 | 0 | | |
| | | | | | | |
| 2435 E.74th St | | | | | | |
| Twanie Porter | 1st fl 1E | | | | | |
| Crystal Blakley | 2nd fl 2E | | | | | |
| Denise Booker | 3rd fl 3E | 450 | 450 | Aug-00 | | |

### 5917 - 5919 S. Emerald

| Units | Name | Apt.type | Rent | Deposit | Lease ter | Lease term | |
|---|---|---|---|---|---|---|---|
| 5917F1 | Bridgette Melvin | 2br/1ba | 700 | 700 | | | |
| 5917F2 | Kimeshia N. Pual | 3br/1ba | 800 | 900 | 3/1/2007 | 3/31/2008 | |
| 5917F3 | VACANT | 4br/1ba | 0 | 0 | | | |
| 5917GARD | Connie Willamson | 1br/1ba | 500 | 500 | 3/1/2007 | 3/31/2008 | |
| 5917r1 | VACANT | 2br/1ba | | | | | |
| 5917R2 | VACANT | 2br/1ba | | | | | |
| 5917R3 | VACANT | 2br/1ba | | | | | |
| 5919FR1 | Izelta Coleman | 2br/1ba | 900 | 800 | 2/15/2007 | 2/29/2008 | |
| 5919FR2 | Tiffany Washington | 3br/1ba | 900 | | 2/24/2007 | 2/29/2008 | |
| 5919FR3 | Shunda Adams | 3br/1ba | 900 | | 12/27/2007 | 12/31/2008 | |
| 5919R1 | VACANT | 2br/1ba | | | | | |
| 5919R2 | Anthony Lewis | 2br/1ba | 600 | | 3/1/2007 | 3/31/2008 | |
| 5919R3 | VACANT | 2br/1ba | | | | | |
| | | | | | | | |
| | | | | | | | |

| 7660 S. COLES | | | | | | |
|---|---|---|---|---|---|---|
| Apt. | Name | Rent | DEPOSIT | Lease term | Lease term | |
| 1A | Harlaasn Smith | 1,000.00 | 750 | MTM | | |
| 2A | Monique Griffin | 750.00 | | | | |
| 3A | Alonza Roberts | 924.00 | 750 | 1/31/2008 | 1/31/2006 | |
| 1B | Deanna Lyles | 924.00 | | | | |
| 2B | Vincent Howard & Loretta Davidson | 750.00 | 750 | 3/29/2007 | 3/31/2008 | |
| ▓▓▓▓▓▓▓▓▓▓▓▓ | | | | | | |
| 1C | Tracy Anderson | 1,002.00 | | MTM | | |
| ▓▓▓▓▓▓▓▓▓▓▓▓ | | | | | | |
| 3C | Shirley White | 750.00 | 750 | 4/1/2006 | 3/31/2007 | |
| 2D | Delores Rankins | 750.00 | 750 | 5/4/2007 | 4/30/2008 | |
| 3D | LaTanya Harris | 750.00 | | MTM | | |
| | | | | | | |
| | | | | | | |

## 1314 - 1324 82ND STREET, CHICAGO, IL 60620

| TENANTS | units | RENT | LEASE STARTS | LEASE ENDS | DEPOSITS | |
|---|---|---|---|---|---|---|
| Yvonne M Randolph | 1314 - #1 | $ 650.00 | 5/1/2007 | 5/1/2008 | $  650.00 | |
| THERESA WOODS | 1314 - #2 | $ 565.00 | 5/1/2006 | 4/30/2007 | $  565.00 | |
| vacant | 1314 - #3 | | | | | |
| Basement | 1314-B | | | | | |
| vacant | 1316 - #1 | | | | | |
| vacant | 1316 - #2 | | | | | |
| vacant | 1316 - #3 | | | | | |
| vacant | 1322 - #1 | | | | | |
| Regina S. Parker | 1322 - #2 | $ 750.00 | 4/24/2007 | 4/30/2008 | $  750.00 | |
| vacant | 1322 - #3 | | | | | |
| Basement | 1322-B | | | | | |
| Coretta Wraggs | 1324 - #1 | $ 850.00 | 6/1/2007 | 5/31/2008 | $  850.00 | |
| vacant | 1324 - #2 | | | | | |
| vacant | 1324 - #3 | | | | | |
| Basement | 1324-B | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

## 1334 - 1344  83RD STREET CHICAGO, IL 60620

| NAMES | UNITS | RENT | Deposit | LEASE START | LEASE ENDS |
|---|---|---|---|---|---|
| Yolanda Livingston | 1334- #1 | 850.00 | 850.00 | 2/4/2007 | 2/29/2008 |
| RAYCHELLE SCOTT | 1334 -#2 | 765.00 | 765.00 | 2/1/2005 | 1/31/2007 |
| KATRINA WALKER | 1334 -#3 | 818.00 | 818.00 | 3/1/2004 | 4/30/2007 |
| EMMANUEL & JACQUELIN | 1336 - #1 | 625.00 | 625.00 | 12/1/2004 | 11/30/2006 |
| STEPHANIE HOLMES | 1336 -#2 | 625.00 | 625.00 | 12/1/2004 | 11/30/2006 |
| ANTRICE CHAPMAN | 1336 -#3 | 600.00 | - | 1/1/2006 | 12/31/2006 |
| VENUS JOHNSON | 1342 - #1 | 600.00 | - | 11/1/2004 | 10/30/2006 |
| ROSALYN MITCHELL | 1342 -#2 | 610.00 | 610.00 | 5/1/2004 | 4/30/2007 |
| Lorita Walker-Durley & Sarah Johnson | 1342 -#3 | 750.00 | 750.00 | 5/15/2007 | 4/30/2008 |
| PATRICIA LITEFOOT | 1344 - #1 | 460.00 | 460.00 | 5/1/2001 | 4/30/2007 |
| VACANT | 1344 - #2 | | | 5/1/2007 | 5/31/2008 |
| VACANT | 1344 - #3 | | | 5/1/2001 | 4/30/2007 |
| | | | | | |
| | | | | | |

## 1434 - 1444 W. 83RD STREET CHICAGO, IL 60620

| NAMES | UNITS | RENTS | LEASE STARTS | LEASE ENDS | DEPOSIT |
|---|---|---|---|---|---|
| THERESA SMITH | 1434 - #1 | 700.00 | 4/1/2006 | 3/31/2007 | |
| Yolanda Richmond | 1434 - #2 | 850.00 | 4/15/2007 | 3/31/2008 | 850.00 |
| vacant | 1434 - #3 | | 4/1/2006 | 3/31/2007 | |
| RUTHA WILLIAMS | 1436 - #1 | 610.00 | 9/1/2001 | 8/31/2006 | 566.50 |
| MARLON JACKSON | 1436 - #2 | 565.00 | 9/1/2006 | 8/31/2007 | |
| VANESSA KOONCE & BJ SUMMERVILLE | 1436 - #3 | 566.00 | 8/1/2006 | 7/31/2007 | |
| TANGELLA DORSEY | 1442 - #1 | 580.00 | 8/1/2005 | 7/31/2007 | 676.00 |
| VACANT | 1442 - #2 | - | | | |
| FELICIA WORSHAM | 1442 - #3 | 575.00 | 12/1/2003 | 11/30/2009 | 575.00 |
| PATRICIA CRAWFORD | 1444 - #1 | 620.00 | 7/1/2004 | 6/30/2007 | |
| VERNA ROBINSON | 1444 - #2 | 585.00 | 5/1/2001 | 4/30/2007 | |
| VACANT | 1444 - #3 | - | | | |

## 7237 S. Bennett

| APTS | NAMES | | UNITS | Rents | DEPOSIT | Lease | Lease | |
|------|-------|---|-------|-------|---------|-------|-------|---|
| | 7237 | | | | | | | |
| 1BM | vacant | | | | | | | |
| 1A | vacant | | 2BRS | | | | | |
| 2A | Devin E watt | | 2BRS | 675.00 | 650.00 | 8/19/2005 | 8/31/2006 | |
| 3A | vacant | | 2BRS | | | | | |
| 1B | Naomi R. King-Ho | | 1BR | 650.00 | - | 10/1/2005 | 8/31/2006 | |
| 2B | Venus Craig | | 1BR | 560.00 | 560.00 | 5/1/2005 | 4/30/2006 | |
| 3B | vacant | | 1BR | 575.00 | | | | |
| | 7239 | | | | | | | |
| 1A | vacant | | 1BR | | | | | |
| 2A | vacant | | 1BR | | | | | |
| 3A | vacant | | 1BR | | | | | |
| 3B | Elizabeth Walker | | 2BRS | 775.00 | 775.00 | 2/1/2007 | 2/29/2008 | |
| 2B | Torino Gayden & Chakira Pasco | | 2BRS | 750.00 | 750.00 | 12/23/2006 | 12/31/2007 | |
| 1B | Martese J. William | | 2BRS | 655.00 | | 5/1/2006 | 4/30/2007 | |
| | 7241 | | | | | | | |
| 2B | | | | | | | | |
| 1A | Bouvier Jackson | | 1BR | 625.00 | | 1/16/2007 | 1/31/2008 | |
| 2A | Yante' Cganberss | | 1BR | 625.00 | | 4/9/2007 | 3/31/2008 | |
| 3A | vacant | | 1BR | | | | | |
| 1B | Lamell D. Brown | | 2BRS | 750.00 | | 12/11/2006 | 1/31/2008 | |
| 2B | Daouda Sow | | 2BRS | 575.00 | | 5/1/2005 | 4/30/2006 | |
| 3B | Keith Martin&Mist | | 2BRS | 750.00 | | 11/7/2006 | 12/31/2007 | |
| | 7243 | | | | | | | |
| 1A | DEBRA PEASRS | | 2BRS | 700.00 | | 5/1/2006 | 4/30/2007 | |
| 2A | Felicia Anderson | | 2BRS | 700.00 | | | | |
| 3A | KEZZIE BROWN | | 2BRS | 615.00 | | 9/1/2005 | 8/31/2006 | |
| 1B | Lashonda Iweka | | 1BR | 575.00 | 575.00 | 1/16/2007 | 1/31/2008 | |
| 2B | Regina Wilson | | 1BR | 575.00 | 575.00 | 1/15/2007 | 1/31/2008 | |
| 3B | vacant | | 1BR | | | | | |

Form D6H
(10/05)

In re   **J.I.A. & Sons Enterprises, Inc.**                                Case No. ____07-08321_____

                                                    Debtor

# SCHEDULE H. CODEBTORS

   Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed
by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state,
commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or
Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of
any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used
by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor,
indicate that by stating "a minor child" and do not disclose the child's name. See 11 U.S.C. § 112; Fed. Bankr. P. 1007(m).
☐ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| John Akhile<br>1115 Van Buren<br>Des Plaines, IL 60018 | Deutsche Bank National Trust Co.<br>c/o Ungaretti & Harris<br>3500 Three First National Plaza<br>Chicago, IL 60602 |
| John Akhile<br>Same | Great Lakes Bank<br>13057 S. Western Ave.<br>Blue Island, IL 60406 |
| John Akhile<br>Same | MB Financial Bank<br>c/o Ruff, Weidenaar & Reidy, Ltd.<br>222 N. LaSalle, Suite 700<br>Chicago, IL 60601 |
| John Akhile<br>Same | Ravenswood Bank<br>2300 W. Lawrence<br>Chicago, IL 60625 |
| Marie Akhile<br>Same | MB Financial Bank<br>c/o Ruff, Weidenaar & Reidy, Ltd.<br>222 N. LaSalle, Suite 700<br>Chicago, IL 60601 |

   __0___ continuation sheets attached to Schedule of Codebtors

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                      Best Case Bankruptcy

Official Form 6-Declaration. (10/06)

## United States Bankruptcy Court
### Northern District of Illinois

In re __J.I.A. & Sons Enterprises, Inc,__          Case No.   __07-08321__
                                    Debtor(s)          Chapter   __11__

## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the President and Secretary of the corporation named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of __12__ sheets *[total shown on summary page plus 1]*, and that they are true and correct to the best of my knowledge, information, and belief.

Date **June 6, 2007**          Signature: _____

                                    John I. Akhile, Sr.
                                    **President and Secretary**

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

## PROPERTIES AND ADDRESS

7400 S. PHILLIPS
CHICAGO, IL. 60649
15 UNITS
COURT RECEIVER WAS APPOINTED IN OCTOBER 2007


5757 S. MORGAN
CHICAGO, IL 60620
8 UNITS
COURT RECEIVER WAS APPOINTED 2007


1314 W. 82ND STREET
CHICAGO, IL 60620
15 UNITS
COURT RECEIVER WAS APPOINTED IN OCTOBER 2007


1334 W. 83RD STREET
CHICAGO, IL. 60620
13 UNITS
COURT RECEIVER WAS APPOINTED IN OCTOBER 2007


1434 W. 83RD STREET
CHICAGO, IL. 60620
13 UNITS
COURT RECEIVER WAS APPOINTED IN OCTOBER 2007


7661 S. COLES
CHICAGO, IL 60649
BANK TOOK IT OVER IN OCTOBER 2007


5917-19 S. EMERALD
CHICAGO, IL 60620
13 UNITS
BANK TOOK IT OVER IN OCTOBER

Creditors Names and Addresses     Amounts

City of Chicago Building Violations          1,540.00
Docket# 08DS001844
Assistant Corporation Counsel
30 N. LaSalle St., 7th Floor
Chicago, IL. 60602

City of Chicago Building Violations          1,025.00
Docket# 06BS10656A
Assistant Corporation Counsel
30 N. LaSalle St., 7th Floor
Chicago, IL. 60602

Law Office of Talan & Ktsanes for City of (     1,043.59
30 West Adams St., Ste. 840
Chicago, IL. 60606
Case# 08DS000394

Law Office of Wexler & Wexler LLC for C:     1,204.11
Case Number.08M1656094
500 W. Madison St., Ste. 2910
Chicago, IL. 60661

City of Chicago Building Violations          3,540.00
Docket Number  07BS11571A
Assistant Corporation Counsel
30 N. LaSalle St., 7th Floor
Chicago, IL. 60602

City of Chicago Building Violations                    525.00
Docket Number  07BT01462A
Assistant Corporation Counsel
30 N. LaSalle St., 7th Floor
Chicago, IL. 60602


City of Chicago Building Violations                    1,500.00
Case Number  08M1400902
Assistant Corporation Counsel
30 N. LaSalle St., 7th Floor
Chicago, IL. 60602


City of Chicago Building Violations                    1,040.00
Docket Number  08DS001079
Assistant Corporation Counsel
30 N. LaSalle St., 7th Floor
Chicago, IL. 60602


City of Chicago Building Violations                    1,040.00
Docket Number  08DS001706
Assistant Corporation Counsel
30 N. LaSalle St., 7th Floor
Chicago, IL. 60602


City of Chicago Building Violations                    525.00
Docket Number  07BT01394A
Assistant Corporation Counsel
30 N. LaSalle St., 7th Floor
Chicago, IL. 60602


City of Chicago Building Violations                    500.00

Docket Number  08BS00452A
Assistant Corporation Counsel
30 N. LaSalle St., 7th Floor
Chicago, IL. 60602

Baker,Miller,Markoff & krasny llc for cit        1,045.13
Case Number 08DS000999

City of Chicago Building Violations        $8,14.11
Docket Number  07WD05026A
Assistant Corporation Counsel
30 N. LaSalle St., 7th Floor
Chicago, IL. 60602

City of Chicago Building Violations        8,525.00
Docket Number  06BS06782A
Assistant Corporation Counsel
30 N. LaSalle St., 7th Floor
Chicago, IL. 60602

City of Chicago Building Violations        11,025.00
Docket Number  07BT00827A
Assistant Corporation Counsel
30 N. LaSalle St., 7th Floor
Chicago, IL. 60602

City of Chicago Building Violations        1,550.00
Docket Number  07BS05075A
Assistant Corporation Counsel
30 N. LaSalle St., 7th Floor

7

Chicago, IL. 60602


Law Office of Wexler & Wexler LLC for C:        8,936.06
Case Number.06M1628768
500 W. Madison St., Ste. 2910
Chicago, IL. 60661


City of Chicago Building Violations             525.00
Docket Number  07BT01696A
Assistant Corporation Counsel
30 N. LaSalle St., 7th Floor
Chicago, IL. 60602


City of Chicago Building Violations             12,025.00
Docket Number  07BT01548A


City of Chicago Building Violations             4,025.00
Docket Number  07BT01012A
Assistant Corporation Counsel
30 N. LaSalle St., 7th Floor
Chicago, IL. 60602


Law Office of Wexler & Wexler LLC for C:        3,025.00
Docket Number  07BS02835A
500 W. Madison St., Ste. 2910
Chicago, IL. 60661


Law Office of Wexler & Wexler LLC for C:        1,164.11
ACCT. Number  264796
500 W. Madison St., Ste. 2910
Chicago, IL. 60661



**Cook County Treasurer**                          **61,125.33**
**P O Box 4488**
**Carol Stream, IL. 60197**

**City of Chicago Building Violations**                **525.00**
**Docket Number  07BT02332A**
**Assistant Corporation Counsel**
**30 N. LaSalle St., 7th Floor**
**Chicago, IL. 60602**

**City of Chicago Building Violations**               **5,500.00**
**CASE Number  07M1403449**
**Assistant Corporation Counsel**
**30 N. LaSalle St., 7th Floor**
**Chicago, IL. 60602**

**Goldman & Grant**                                  **1,401.00**
**205 W. Randolph, Ste. 1100**
**Chicago, IL. 60606**
**Case # 07M1641937**

**Goldman & Grant**                                  **3,540.00**
**205 W. Randolph, Ste. 1100**
**Chicago, IL. 60606**
**City Docket # 07BS11571A**

**HSM Electronic Protection Service**               **35,000.00**
**2441 Warrenville Rd., Ste. 600**
**Lisle, IL 60532**

**Dranias Harrington & Wilson**                     **12,000.00**
**77 W. Washington Street, Ste 1020**
**Chicago, IL. 60602**

9

United States Trustee                    12,003.34
227 W. Monroe St., Ste 3350
Chicago, IL 60606

City of Chicago Water Mgmt
P. O.. Box 6330
Chicago, IL. 60680                          5,441.81

Peoples Gas
Chicago, IL. 60687                         18,839.82

Premier Waste & Recycling                   2,942.30
10823 S. Langley Ave
Chicago, IL. 60628

City of Chicago                             1,540.00
Docket# 08DS002631
8212 Innovation Way
Chicago, IL 60682

City of Chicago                             1,540.00
Docket# 08DS001844
8212 Innovation Way
Chicago, IL 60682

                                          226,726.60

## J.I.A. & Sons Enterprises/ Case #07B08321 - 7400 S. Philips

| Lender | Properti | Date | Begining Balance on Operation | Receipt from Operation | Deposit Utilities | Utilities e | Labor Expense | Total Disbursements | Net Receipts (Disbursements) for Current Period | Ending Balance |
|---|---|---|---|---|---|---|---|---|---|---|
| MB Fina 7399 s. F | | 5/31/07 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| MB Fina 7400 s. F | | 6/30/07 | 0 | 5975 | 4436 | 1447.9 | 200 | 4436 | 1,539.00 | 1,539.00 |
| MB Fina 7400 s. F | | 7/31/07 | 1539 | 5225 | 4436 | 604.3 | 200 | 4436 | 5,225.00 | 6,764.00 |
| MB Fina 7400 s. F | | 8/31/07 | 0 | 0 | 0 | 910 | 4906 | 5800 | (5,800.00) | (5,800.00) |
| MB Fina 7400 s. F | | 9/30/07 | 0 | 0 | 0 | 3500 | 6000 | 9500 | (9,500.00) | (9,500.00) |
| MB Fina 7400 s. F | | 10/31/07 | 0 | 0 | 0 | 700 | 1800 | 2500 | (2,500.00) | (2,500.00) |
| MB Fina 7400 s. F | | 11/30/07 | 0 | 0 | 0 | 0 | 0 | 0 | - | - |
| MB Fina 7400 s. F | | 12/31/07 | 0 | 0 | 0 | 0 | 0 | 0 | - | - |
| Total | | | | | | | | | (9,497.00) | (9,497.00) |

10

## J.LA. & Sons Enterprises/ Case #07B08321 7661 S. COLES

| Lender | Properties | Date | Beginning Balance (ce) | Receipts from Operation (on) | Utilitie Deposit (t) | Utilities (s) | Labor Expense (se) | Total Disburse ment (Disbmnts) $ | Net Receipts for Current Period | Ending Balance |
|---|---|---|---|---|---|---|---|---|---|---|
| Astoria Bai 7661 S. Col | | 5/31/07 | 0 | 0 | 0 | 0 | 0 | 0 | - | - |
| Astoria Bai 7661 S. Col | | 6/30/07 | 0 | 6678 | 2743 | 886.45 | 250 | 2743 | 3,935.00 | 3,935.00 |
| Astoria Bai 7661 S. Col | | 7/31/07 | 3935 | 5928 | | 713.38 | 200 | 5928 | 9,863.00 | 9,863.00 |
| Astoria Bai 7661 S. Col | | 8/31/07 | | | | 1200 | 6500 | 7700 | (7,700.00) | (7,700.00) |
| Astoria Bai 7661 S. Col | | 9/30/07 | | | | 3800 | 5500 | 9300 | (9,300.00) | (9,300.00) |
| Astoria Bai 7661 S. Col | | 10/31/07 | | | | 1489 | 4000 | 5489 | (5,489.00) | (5,489.00) |
| Astoria Bai 7661 S. Col | | 11/30/07 | 0 | 0 | 0 | 0 | 0 | 0 | - | - |
| Astoria Bai 7661 S. Col | | 12/31/07 | 0 | 0 | 0 | 0 | 0 | 0 | - | - |
| TOTAL | | | | | | | | | (8,691.00) | |

11

### J.I.A. & Sons Enterprises/ Case #07B08321 - 1334-44 W. 83rd St. 13 Units

| Lender/fee | Proper Date | Beginning Balance | Receipts from Operation | Utilities Deposit | Utilities | Labor Expense | Total Disbursements | Net Receipts (Disbursements) for Current Period | Ending Balance |
|---|---|---|---|---|---|---|---|---|---|
| Deutsch 1334-44 | 5/31/07 | - | - | - | - | - | - | - | - |
| Deutsch 1334-44 | 6/30/07 | - | 6,545.00 | 2,853.00 | 382.00 | 200.00 | 2,853.00 | 2,692.00 | 2,692.00 |
| Deutsch 1334-44 | 7/31/07 | 2,692.00 | 4,605.00 | - | 406.54 | 535.00 | - | 4,605.00 | 7,297.00 |
| Deutsch 1334-44 | 8/31/07 | 5,590.00 | - | - | 910.00 | 5,300.00 | 620.00 | (620.00) | (620.00) |
| Deutsch 1334-44 | 9/30/07 | | 5,590.00 | | 780.00 | 6,115.00 | 6,195.00 | (1,305.00) | (1,305.00) |
| Deutsch 1334-44 | 10/31/07 | - | - | - | | | - | | - |
| Deutsch 1334-44 | 11/30/07 | - | - | - | | | - | | - |
| Deutsch 1334-44 | 12/31/07 | - | - | - | | | - | | - |
| Deutsch 1334-44 | 11/30/07 | - | - | - | | | - | | - |
| Deutsch 1334-44 | 12/31/07 | - | - | - | | | - | | - |
| TOTAL | | | | | | | | | 8,064.00 |

17

## J.I.A. & Sons Enterprises/ Case #07B08321 - 1434-44 83rd SL 13 Units

| Lender/Properties | Date | Beginning Operating Balance | Receipt from Utilities Deposit | Utilities | Labor Expense | Total Disbursements | Net Receipts (Disburse) for Current Period | Ending Balance |
|---|---|---|---|---|---|---|---|---|
| Deutsch 1434- | 5/31/07 | 0 | 0 | 0 | 0 | 0 | - | - |
| Deutsch 1434- | 6/30/07 | 0 | 3955 | 2537 | 628.97 | 200 | 2537 | 1,418.00 | 1,418.00 |
| Deutsch 1434- | 7/31/07 | 1418 | 3255 | 0 | 699.32 | 1465 | 0 | 699.32 | 3,255.00 |
| Deutsch 1434- | 8/31/07 | 2575 | 0 | 0 | 700 | 6300 | 730 | (4,790.00) | (4,790.00) |
| Deutsch 1434- | 9/30/07 | | 4075 | | 815 | 7450 | 8265 | (4,190.00) | (4,190.00) |
| Deutsch 1434- | 10/31/07 | 0 | 0 | 0 | 0 | 0 | 0 | - | - |
| Deutsch 1434- | 11/30/07 | 0 | 0 | 0 | 0 | 0 | 0 | - | - |
| Deutsch 1434- | 12/31/07 | 0 | 0 | 0 | 0 | 0 | 0 | - | - |
| Deutsch 1434- | 11/30/07 | 0 | 0 | 0 | 0 | 0 | 0 | - | - |
| Deutsch 1434- | 12/31/07 | 0 | 0 | 0 | 0 | 0 | 0 | - | - |
| TOTAL | | | | | | | | (4,307.00) |

13

## J.I.A. & Sons Enterprises/ Case #07B08321 -5757 S. Morgan - 8 Units

| Lender s | Properties | Date | Beginning Balance on | Receipts from Operation | Utilities Deposit | Utilities | Labor Expense | Total Disbursements (Disbursements) | Net Receipt (Disbursements) for Current Period | Ending Balance |
|---|---|---|---|---|---|---|---|---|---|---|
| | Ravensv | 5757 S. Mc | 5/31/07 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | Ravensv | 5757 S. Mc | 6/30/07 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | Ravensv | 5757 S. Mc | 7/31/07 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | Ravensv | 5757 S. Mc | 8/31/07 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | Ravensv | 5757 S. Mc | 9/30/07 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | Ravensv | 5757 S. Mc | 10/31/07 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | Ravensv | 5758 S. Mc | 11/30/07 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | Ravensv | 5759 S. Mc | 12/31/07 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| TOTAL | | | | | | | | | | 0 |



## J.I.A. & Sons Enterprises/ Case #07B08321

| Lender | Properties | Date | Beginning Balance | Receipts from Operation | Deposit | Utilities | Labor Expense | Total Disbursements | Net Receipts (Disbursements) for Current | Ending Balance |
|---|---|---|---|---|---|---|---|---|---|---|
| Ravenswood E | 5757 S. M | 5/31/07 | | 0 | 0 | 0 | 0 | 0 | - | - |
| Ravenswood E | 5917-19 s | 7/31/07 | 2233 | 4290 | 0 | 648 | 200 | 0 | 4,290.00 | 6,523.00 |
| Deutsche Ban | 1434-44 v | 7/31/07 | 1418 | 3255 | 0 | 699.32 | 1465 | 0 | 699.32 | 3,255.00 |
| Deutsche Ban | 1314-24 v | 7/30/07 | 465 | 2300 | 0 | 329 | 200 | 0 | 2,300.00 | 2,766.00 |
| Deutsche Ban | 1334-44 v | 7/31/07 | 2692 | 4605 | 0 | 406.54 | 535 | 0 | 4,605.00 | 7,297.00 |
| MB Financial | 7400 s. P | 7/31/07 | 1539 | 5225 | 4436 | 604.3 | 200 | 4436 | 5,225.00 | 6,764.00 |
| Astoria Bank | 7661 s. C | 7/31/07 | 3935 | 5928 | 0 | 713.38 | 200 | 5928 | 9,863.00 | 9,863.00 |
| Ravenswood E | 5757 S. M | 6/29/07 | 0 | 0 | 0 | 0 | 0 | 0 | - | - |
| Ravenswood E | 5917-19 s | 6/30/07 | 0 | 4290 | 2057 | 1604.17 | 200 | 2057 | 2,233.00 | 2,233.00 |
| Deutsche Ban | 1434-44 v | 6/30/07 | 0 | 3965 | 2537 | 628.97 | 200 | 2537 | 1,418.00 | 1,418.00 |
| Deutsche Ban | 1314-24 v | 6/30/07 | 0 | 3050 | 2585 | 693.62 | 200 | 2585 | 465.00 | 465.00 |
| Deutsche Ban | 1334-44 v | 6/30/07 | 0 | 5545 | 2853 | 382 | 200 | 2853 | 2,692.00 | 2,692.00 |
| MB Financial | 7400 s. P | 6/30/07 | 0 | 5975 | 4436 | 1447.9 | 200 | 4436 | 1,539.00 | 1,539.00 |
| Astoria Bank | 7661 s. C | 6/30/07 | 0 | 6678 | 2743 | 886.45 | 250 | 2743 | 3,935.00 | 3,935.00 |
| Astoria Bank | 7661 s. C | 5/31/07 | 0 | 0 | 0 | 0 | 0 | 0 | - | - |
| MB Financial | 7400 s. P | 5/31/07 | 0 | 0 | 0 | 0 | 0 | 0 | - | - |
| Deutsche Ban | 1334-44 v | 5/31/07 | 0 | 0 | 0 | 0 | 0 | 0 | - | - |
| Deutsche Ban | 1314-24 v | 5/31/07 | 0 | 0 | 0 | 0 | 0 | 0 | - | - |
| Deutsche Ban | 1434-44 v | 5/31/07 | 0 | 0 | 0 | 0 | 0 | 0 | - | - |
| Ravenswood E | 5917-19 s | 5/31/07 | 0 | 0 | 0 | 0 | 0 | 0 | - | - |
| Ravenswood E | 5757 S. M | 5/31/07 | 0 | 0 | 0 | 0 | 0 | 0 | - | - |

| Bank | Account | Date | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Ravenswood | 5757 S. M | 5/31/07 | 0 | | | 0 | 0 | 5770 | (5,770.00) | (5,770.00) | - |
| Ravenswood | 5917-19 s | 8/31/07 | 0 | | | 0 | 3970 | 5770 | (5,770.00) | (5,770.00) |
| Deutsche Ban | 1434-44 v | 8/31/07 | 2575 | | | 1800 | 6300 | 730 | (4,790.00) | (4,790.00) |
| Deutsche Ban | 1314-24 v | 8/31/07 | 2,765.00 | - | - | 700 | 6300 | 8805 | (8,805.00) | (8,805.00) |
| Deutsche Ban | 1334-44 v | 8/31/07 | 5590 | | | 910 | 5300 | 620 | (620.00) | (620.00) |
| MB Financial | 7400 s. P | 8/31/07 | | 0 | 0 | 919 | 4900 | 6900 | (5,800.00) | (5,800.00) |
| Astoria Bank | 7661 s. C | 8/31/07 | | | | 1200 | 6500 | 7700 | (7,700.00) | (7,700.00) |
| Astoria Bank | 7661 s. C | 9/30/07 | | | | 3800 | 5500 | 9300 | (9,300.00) | (9,300.00) |
| MB Financial | 7400 s. P | 9/30/07 | | 3500 | | 3500 | 6000 | 9500 | (9,500.00) | (9,500.00) |
| MB Financial | 7400 s. P | 9/30/07 | | 5590 | | | 6000 | 9500 | (9,500.00) | (9,500.00) |
| Deutsche Ban | 1334-44 v | 9/30/07 | | 3150 | | 780 | 6115 | 6195 | (1,305.00) | (1,305.00) |
| Deutsche Ban | 1314-24 v | 9/30/07 | | | | 690 | 5700 | 6390 | (3,240.00) | (3,240.00) |
| Deutsche Ban | 1434-44 v | 9/30/07 | | 4075 | | 815 | 7450 | 8265 | (4,190.00) | (4,190.00) |
| Ravenswood | 5917-19 s | 9/30/07 | 0 | | | 1100 | 5300 | 6400 | (6,400.00) | (6,400.00) |
| Ravenswood | 5757 S. M | 9/29/07 | 0 | | | 0 | 0 | 0 | - | - |
| Ravenswood | 5757 S. M | 10/31/08 | 0 | 0 | 0 | 0 | 0 | 0 | - | - |
| Ravenswood | 5917-19 s | 10/31/07 | 0 | 0 | 0 | 340 | 700 | 1040 | (1,040.00) | (1,040.00) |
| Deutsche Ban | 1434-44 v | 10/31/07 | 0 | 0 | 0 | 0 | 0 | 0 | - | - |
| Deutsche Ban | 1314-24 v | 10/31/07 | 0 | 0 | 0 | 0 | 0 | 0 | - | - |
| Deutsche Ban | 1334-44 v | 10/31/07 | 0 | 0 | 0 | 0 | 0 | 0 | - | - |
| MB Financial | 7400 s. P | 10/03/07 | 0 | 0 | 0 | 700 | 1800 | 2500 | (2,500.00) | (2,500.00) |
| Astoria Bank | 7661 s. C | 10/31/07 | | | 1489 | 4000 | 5489 | (5,489.00) | (5,489.00) |
| Ravenswood | 5757 S. M | 11/30/07 | 0 | 0 | 0 | 0 | 0 | 0 | - | - |
| Ravenswood | 5917-19 s | 11/30/07 | 0 | 0 | 0 | 0 | 0 | 0 | - | - |
| Deutsche Ban | 1434-44 v | 11/30/07 | 0 | 0 | 0 | 0 | 0 | 0 | - | - |
| Deutsche Ban | 1314-24 v | 11/30/07 | 0 | 0 | 0 | 0 | 0 | 0 | - | - |
| Deutsche Ban | 1334-44 v | 11/30/07 | 0 | 0 | 0 | 0 | 0 | 0 | - | - |
| MB Financial | 7400 s. P | 11/30/07 | 0 | 0 | 0 | 0 | 0 | 0 | - | - |

Jun 02 2008 10:44AM    HP LASERJET FAX                                    p.17

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Astoria Bank | 7661 s. C | 11/30/07 | | 0 | 0 | 0 | 0 | 0 | 0 | - |
| Ravenswood | 5757 S. M | 5/31/07 | | 0 | 0 | | 0 | 0 | 0 | - |
| Ravenswood | 5917-19 s | 12/31/07 | | 0 | 0 | | 0 | 0 | 0 | - |
| Deutsche Bank | 1434-44 v | 12/31/07 | | 0 | 0 | | 0 | 0 | 0 | - |
| Deutsche Bank | 1314-34 v | 12/31/07 | | 0 | 0 | | 0 | 0 | 0 | - |
| Deutsche Bank | 1334-44 v | 12/31/07 | | 0 | 0 | | 0 | 0 | 0 | - |
| MB Financial | 7400 s. P | 12/31/07 | | 0 | 0 | | 0 | 0 | 0 | - |
| Astoria Bank | 7661 s. C | 12/31/07 | | 0 | 0 | | 0 | 0 | 0 | - |
| | | | | | | | | | | |
| TOTAL | | | | | | | | | (37,184.68) | - |

## J.I.A. & Sons Enterprises/ Case #07B08321 - 1314-24 W. 82nd St. 14 Units

| Lenders | Properties / Date | Beginning Balance | Receipts from Operation | Utilities Deposit | Utilities | Labor Expense | Total Disbursements | Net Receipts (Disbursements) for Current Period | Ending Balance |
|---|---|---|---|---|---|---|---|---|---|
| Deutsch 1314- | 5/31/07 | - | - | - | - | - | - | - | - |
| Deutsch 1314- | 6/30/07 | - | 3,050.00 | 2,585.00 | 693.52 | 200.00 | 2,585.00 | 465.00 | 465.00 |
| Deutsch 1314- | 7/30/07 | 465.00 | 2,300.00 | - | 329.00 | 200.00 | - | 2,300.00 | 2,765.00 |
| Deutsch 1314- | 8/31/07 | 2,765.00 | - | - | 2,805.00 | 6,000.00 | 8805 | (8,805.00) | (8,805.00) |
| Deutsch 1314- | 9/30/07 | - | 3,150.00 | - | 690.00 | 5,700.00 | 6,390.00 | (3,240.00) | (3,240.00) |
| Deutsch 1314- | 10/31/07 | - | - | - | - | - | - | - | - |
| Deutsch 1314- | 11/30/07 | - | - | - | - | - | - | - | - |
| Deutsch 1314- | 12/31/07 | - | - | - | - | - | - | - | - |
| TOTAL | | | | | | | | | (8,815.00) |

18

## J.I.A. & Sons Enterprises/ Case #07B08321 - 5917-19 S Emerald-13 Units

| Lender Properties | Date | Beginning Balance from Operation | Receipts Utilities Deposit | Deposit Utilities | Labor Expense/Assessments | Total Disbursements (Disbursements) | Net Receipts (Disbursements) for Current Period | Ending Balance |
|---|---|---|---|---|---|---|---|---|
| Ravens 5917-19 | 5/31/07 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Ravens 5917-19 | 6/30/07 | 0 | 4290 | 2057 | 1604 | 200 | 2057 | |
| Ravens 5917-19 | 7/31/07 | 2233 | 4290 | 0 | 648 | 200 | 0 | 4290 |
| Ravens 5917-19 | 8/31/07 | | 0 | | 1800 | 3970 | 5770 | (5,770.00) | (577.00) |
| Ravens 5917-19 | 9/30/07 | 0 | 0 | 0 | 1100 | 5300 | 6400 | (6,400.00) | (6,400.00) |
| Ravens 5917-19 | 10/31/07 | 0 | 0 | 0 | 340 | 700 | 1040 | (1,040.00) | (1,040.00) |
| Ravens 5917-19 | 11/30/07 | | | | | | | | |
| Ravens 5917-19 | 12/31/07 | | | | | | | | |
| Total | | | | | | | | (6,687.00) | |

ASloria
7661 S. Coles

18
20

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

CASE NAME: _IIA &Sons Enterprises_   CASE NO. _07B08221_

## SUMMARY OF CASH RECEIPTS AND CASH DISBURSEMENTS

For Month Ending _Oct_____, 20 _07_

| | | |
|---|---|---|
| BEGINNING BALANCE IN ALL ACCOUNTS | $ | |
| RECEIPTS: | | |
| 1. Receipts from operations | $ | |
| 2. Other Receipts | $ | |
| DISBURSEMENTS: | | |
| 3. Net payroll: | | |
| a. Officers | $ | |
| b. Others | $ | |
| 4. Taxes | | |
| a. Federal Income Taxes | $ | |
| b. FICA withholdings | $ | |
| c. Employee's withholdings | $ | |
| d. Employer's FICA | $ | |
| e. Federal Unemployment Taxes | $ | |
| f. State Income Tax | $ | |
| g. State Employee withholdings | $ | |
| h. All other state taxes | $ | |
| 5. Necessary expenses: | | |
| a. Rent or mortgage payments(s) | $ | |
| b. Utilities | $ | |
| c. Insurance | $ | |
| d. Merchandise bought for manufacture or sale | $ | |
| e. Other necessary expenses (specify) _Trash, Gas, Elec, Water Swep_ 1489.00 | $ | 4000.00 |

TOTAL DISBURSEMENTS                                     $ 5489.00

NET RECEIPTS (DISBURSEMENTS) FOR THE CURRENT PERIOD   $ - 5489.00

ENDING BALANCE IN _N/A_
(Name of Bank)                                         $ - 5489.00

ENDING BALANCE IN _____
(Name of Bank)                                         $

ENDING BALANCE IN ALL ACCOUNTS                         $

OPERATING REPORT  Page 1

EXHIBIT "B"

Astoria
7661. S. Coles

21
77

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

CASE NAME: J I A + Sons Enterprises   CASE NO. 07B08321

## SUMMARY OF CASH RECEIPTS AND CASH DISBURSEMENTS

For Month Ending __Sept__, 20 07

BEGINNING BALANCE IN ALL ACCOUNTS             $_____

RECEIPTS:
    1. Receipts from operations                $_____
    2. Other Receipts                          $_____

DISBURSEMENTS:
    3. Net payroll:
      a. Officers                            $_____
      b. Others                              $_____

    4. Taxes
      a. Federal Income Taxes                $_____
      b. FICA withholdings                   $_____
      c. Employee's withholdings             $_____
      d. Employer's FICA                     $_____
      e. Federal Unemployment Taxes          $_____
      f. State Income Tax                    $_____
      g. State Employee withholdings         $_____
      h. All other state taxes               $_____

    5. Necessary expenses:
      a. Rent or mortgage payments(s)        $_____
      b. Utilities                           $_____
      c. Insurance                           $_____
      d. Merchandise bought for
        manufacture or sale                $_____
      e. Other necessary expenses
        (specify) Gas, Elec. Water Sewer $3800.00
        Labor Expense          $5,500.00

TOTAL DISBURSEMENTS                           $9,500.00

NET RECEIPTS (DISBURSEMENTS) FOR THE CURRENT PERIOD  $- 9500.00

ENDING BALANCE IN _____   $_____
      (Name of Bank)
ENDING BALANCE IN _____   $_____
      (Name of Bank)

ENDING BALANCE IN ALL ACCOUNTS                $_____

OPERATING REPORT  Page 1

EXHIBIT "B"

Jun 02 2008 10:45AM   HP LASERJET FAX

P.22

*MB Financial*
*7400 S. Phillips*

*22*
*20*

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

CASE NAME: *J H & Sons Enterprises*   CASE NO. *07 B 08321*

## SUMMARY OF CASH RECEIPTS AND CASH DISBURSEMENTS

For Month Ending *Sept 30* , 20 *07*

BEGINNING BALANCE IN ALL ACCOUNTS   $ _____

RECEIPTS:
    1. Receipts from operations   $ _____
    2. Other Receipts   $ _____

DISBURSEMENTS:
    3. Net payroll:
      a. Officers   $ _____
      b. Others   $ _____

    4. Taxes
      a. Federal Income Taxes   $ _____
      b. FICA withholdings   $ _____
      c. Employee's withholdings   $ _____
      d. Employer's FICA   $ _____
      e. Federal Unemployment Taxes   $ _____
      f. State Income Tax   $ _____
      g. State Employee withholdings   $ _____
      h. All other state taxes   $ _____

    5. Necessary expenses:
      a. Rent or mortgage payments(s)   $ _____
      b. Utilities   $ _____
      c. Insurance   $ _____
      d. Merchandise bought for
        manufacture or sale   $ _____
      e. Other necessary expenses
        (specify)
      *Gas, Elec, Water, Sewer*   $ *3,500.00*
      *Labor Expense*   $ *6,000.00*

TOTAL DISBURSEMENTS   $ *9,500.00*

NET RECEIPTS (DISBURSEMENTS) FOR THE CURRENT PERIOD   $ *9500.00*

ENDING BALANCE IN _____   $ *-9500.00*
      (Name of Bank)
ENDING BALANCE IN _____   $ _____
      (Name of Bank)

ENDING BALANCE IN ALL ACCOUNTS   $ _____

OPERATING REPORT  Page 1

EXHIBIT "B"

Jun 02 2008 10:46AM   HP LASERJET FAX

P.23

1314 W. 82nd St

23
St

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

CASE NAME: J A & Sons Enterprise  CASE NO. 07B08321

### SUMMARY OF CASH RECEIPTS AND CASH DISBURSEMENTS

For Month Ending _Aug_____, 20___

BEGINNING BALANCE IN ALL ACCOUNTS          $_____